UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION A. CARR, <br><br>　　　　　Petitioner, <br><br>　　v. <br><br>R.J. RACKLEY, Warden, <br><br>　　　　　Respondent. | Case No. 16-cv-01840 LHK (PR) <br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner at Folsom State Prison, in Folsom, California, seeks federal habeas review of the execution of his state sentence pursuant to 28 U.S.C. § 2254. In the underlying federal habeas petition, petitioner challenges the California Board of Prison Terms' decision denying him parole.

Venue is proper in a habeas action in either the district of conviction or the district of confinement. 28 U.S.C. § 2241(d). But the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Folsom State Prison lies in the Eastern District of California, the court orders that, pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the

Case No. 16-cv-01840 LHK (PR)
ORDER OF TRANSFER

1

1 interest of justice, this petition be transferred to the United States District Court for the Eastern
2 District of California.
3   Accordingly, this case is TRANSFERRED to the United States District Court for the
4 Eastern District of California, the district in which petitioner is currently confined. *See* 28 U.S.C.
5 § 1404(a); Habeas L.R. 2254-3(b)(1). The clerk shall terminate all pending motions, and transfer
6 this matter forthwith.
7   **IT IS SO ORDERED.**
8 DATED: June 16, 2016
9                                                   LUCY H. KOH
                                                  UNITED STATES DISTRICT JUDGE

Case No. 16-cv-01840 LHK (PR)
ORDER OF TRANSFER

2